UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILIANO SALIAS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff(s)/Petitioner(s)<br><br>- against -<br><br>99 CENTS FOR YOU, INC.<br><br>Defendant(s)/Respondent(s) | INDEX #: 07 CV 3430<br>DATE FILED: 04/30/2007<br><br>JUDGE: JONES |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

RAMINDER SONI, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/08/2007, 12:50PM at 10 EAST 125TH STREET, NEW YORK NY 10035, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT & JURY DEMAND on 99 CENTS FOR YOU, INC., a defendant in the above action.

By delivering to and leaving with MUHAMMAD AHMED at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 28   Approximate height 5'07"   Approximate weight 175   Color of skin BROWN   Color of hair BLACK

THE LAW OFFICE OF
JUSTIN A. ZELLER
C/O BRECHER FISHMAN
222 BROADWAY
19TH FLOOR
NEW YORK, NY 10038
(212)897-5859

RAMINDER SONI   License # 844160

Sworn to before me on 05/09/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726