UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
EMILIANO SALAS, on behalf of himself
and all other persons similarly situated,

                Plaintiff,

  - against -

99 CENTS FOR YOU, INC.

                Defendant.
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07

**STIPULATION**

07 Civ. 3430 (BSJ)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the plaintiff, EMILIANO SALAS, and defendant, 99 CENTS FOR YOU, INC., that the time within which defendant is to answer or respond to the Complaint, shall be enlarged until June 25, 2007.

IT IS FURTHER STIPULATED AND AGREED, by and between the attorneys for the plaintiff and defendant that in consideration of plaintiff's consent to the enlargement of time, defendant shall not raise any defenses with regard to the service of process in this action.

Dated:    New York, New York
            June 6, 2007

THE LAW OFFICES OF JUSTIN A. ZELLER, P.C.
Attorneys for Plaintiff
222 Broadway, 19th Floor
New York, New York 10038
Tel. 212-860-9169
Fax. 917-421-9387

JUSTIN A. ZELLER (JZ 7094)

KOUSOULAS & ASSOCIATES P.C.
Attorneys for Defendant
41 Madison Avenue, 40th Floor
New York, New York 10010
Tel. 212-509-2566
Fax. 212-743-8120

ANTONIA KOUSOULAS (AK8701)

SO ORDERED
Dated:

BARBARA S. JONES
U.S.D.J.

6/11/07