UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILIANO SALAS<br>**Plaintiff**<br><br>-v-<br><br>99 CENTS FOR YOU, INC.<br>**Defendant** | Case No. 07 CIV. 3430<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 99 CENTS FOR YOU, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 6/25/07

Signature of Attorney
ANTONIA KOUSOULAS
Attorney Bar Code: (AK8701)

Form Rule7_1.pdf