UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x

EMILIANO SALAS, on behalf of himself and all other persons similarly situated,

    Plaintiffs,

 -against-

99 CENTS FOR YOU, INC.,

    Defendant.

-------------------------------------- x

07 Civ. 3430 (BSJ) (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

  IT IS HEREBY ORDERED that a conference is scheduled for July 27, 2007 at 10:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

  Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

  SO ORDERED.

Dated: New York, New York
    July 19, 2007

           _____
           Andrew J. Peck
           United States Magistrate Judge

Copies **by fax & ECF** to: Justin A. Zeller, Esq.
           Antonia C. Kousoulas, Esq.
           Judge Barbara S. Jones

C:\ORD\Order Scheduling Status Conference