Justin A. Zeller, Esq.
THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 West 14th Street, 5th Floor
New York, NY 10011
(212) 860-9169; fax (917) 421-9387
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EMILIANO SALAS, on behalf of himself :
and all other persons similarly situated, :
 :
　　　　　　　　　　　Plaintiffs, :
 : 07-CV-3430
　　　　　　-against- : (BSJ) (AJP)
 :
99 CENTS FOR YOU, INC., a New York : CERTIFICATE OF SERVICE
corporation, :
 :
　　　　　　　　　　　Defendant. :
-------------------------------------------------------------X

　　　　I hereby certify that on August 24, 2007, a Notice of Motion, Memorandum of Law, Attorney Declaration with attached exhibits, and Plaintiff's Affidavit were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and the Southern District's Local Rule 5.2, upon the following parties and participants:

　　　　　　　　　　　Kousoulas & Associates
　　　　　　　　　　41 Madison Ave. 40th Floor, Suite 4000
　　　　　　　　　　　　New York, NY 10010

　　　　　　　　　　　　　　　　　　　　**/s JUSTIN A. ZELLER**
　　　　　　　　　　　　　　　　　　　　(JZ 7094)
　　　　　　　　　　　　　　　　　　　　The Law Office of Justin A. Zeller, P.C.
　　　　　　　　　　　　　　　　　　　　222 Broadway, 19th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10038
　　　　　　　　　　　　　　　　　　　　Tel: 212-897-5859
　　　　　　　　　　　　　　　　　　　　Fax: 212-860-9169
　　　　　　　　　　　　　　　　　　　　E-mail: Jazeller@zellerlegal.com